**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-2437

PAUL OKANES,

Plaintiff - Appellant,

v.

SOCIETY FOR WORLDWIDE INTERBANK FINANCIAL TELECOMMUNICATION SC, d/b/a S.W.I.F.T., Inc.,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Liam O'Grady, Senior District Judge.  (1:21-cv-00285-LO-TCB)

Submitted:  October 18, 2022                    Decided:  October 20, 2022

Before WYNN and THACKER, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Paul Okanes, Appellant Pro Se.  Genevieve Claire Bradley, McLean, Virginia, Sean Michael Gibbons, ROTH JACKSON GIBBONS CONDLIN, PLC, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul Okanes appeals the district court's order denying his pro se Fed. R. Civ. P. 59(e) motion to reconsider the district court's order dismissing with prejudice his civil action filed pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17, denying his counseled Rule 59(e) motion, and denying leave to file a second amended complaint; and denying his alternative request for leave to file a third amended complaint.[*]  We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order.  *Okanes v. Soc'y for Worldwide Interbank Fin. Telecomm. SC*, No. 1:21-cv-00285-LO-TCB (E.D. Va. filed Dec. 1, 2021 & entered Dec. 3, 2021).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Okanes has not appealed from the district court's orders dismissing his action or denying his first counseled Rule 59(e) motion.